UNITED STATES of America, Plaintiff–Appellee,

v.

William VIVAR–LOPEZ, Defendant–Appellant.

No. 03–40165.
Conference Calendar

United States Court of Appeals, Fifth Circuit.

Aug. 20, 2003.

David Haskell Henderson, Jr., Assistant US Attorney, US Attorney's Office, Beaumont, TX, for Plaintiff-Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

William Vivar-Lopez, pro se, Marion, IL, for Defendant-Appellant.

Before JONES, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM.*

The Federal Public Defender, court-appointed counsel for William Vivar–Lopez, has moved for leave to withdraw and has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Vivar–Lopez has not filed a response. Our review of the briefs and of the record discloses no nonfrivolous issue for appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

